AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Frantz Anthony Demezier and Kinsley Steve Botex,<br><br>Defendant(s) | Case No. 23-mj8615-WM<br><br>FILED BY ___SP___ D.C.<br>Dec 21, 2023<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - West Palm Beach |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 21, 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1704 and 1708 | did knowingly and unlawfully possess any suited key to any lock adoped by the Postal Service and in use on any lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter; with the intent unlawfully and improperly to use such key and to cause such key to be unlawully and improperly used; and did unlawfully have in his possession any letter and mail, and any article and thing contained therein, which had been stolen, taken, and abstracted from and out of a letterbox and mail receptacle. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Eduardo Gonzalez, U.S. Postal Inspector
*Printed name and title*

Sworn and attested to me by Applicant ~~by Telephone pursuant to Fed. R. Crim. P 4(d) and 4.1.~~ *WM*
*IN person.*

Date: 12/21/2023

_____
*Judge's signature*

City and state: West Palm Beach, Florida       William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## Affidavit

I, Eduardo González, being first duly sworn, depose and state as follows:

### Introduction

1. I have been a U.S. Postal Inspector with the United States Postal Inspection Service ("USPIS") since September 2006. I am currently assigned to the Miami Division, West Palm Beach Domicile miscellaneous team of the USPIS and one of my responsibilities are investigations involving the theft of U.S. mail. I have personally participated in more than 100 investigations involving Mail Theft, in violation of 18 U.S.C. §§ 1701, 1703, 1704 and 1708.

2. This affidavit is submitted in support of a criminal complaint charging Franz Anthony DEMEZIER and Kingsley Steve BOTEX with possession of a postal arrow key, in violation of 18 U.S.C. § 1704, and theft of mail matter, in violation of 18 U.S.C. § 1708.

3. This affidavit is based on my personal knowledge and investigation by others, including local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing examining documents obtained from local law enforcement.

4. As the affidavit is submitted for the sole purpose of establishing probable cause, I have not set forth all information known to me about this investigation. Rather, I have set forth those facts and information which I believe are sufficient to establish probable cause.

### PROBABLE CAUSE

5. On December 21, 2023, at approximately 3:07 AM, the South Florida Task Force (SFTF) was involved in a covert surveillance operation in Boca Raton FL involving a 2019 silver Lexus (hereinafter "Subject Vehicle") bearing license plate FL 13DTXL. The Subject Vehicle was observed entering numerous parking lots and parking near business postal cluster mailboxes.

6. Officers observed the passenger of the vehicle, later identified as Frantz Anthony DEMETIER walk to three separate cluster mailboxes and open them with a key. DEMETIER then began to remove mail from the boxes and place the mail into the vehicle. As a result, the South Florida Task Force conducted a felony vehicle stop. The driver of the vehicle was later identified as KINSLEY Steve BOTEX. During the stop, officers arrested DEMEZIER and BOTEX.

7. In plain view inside the vehicle, police officers found U.S. Mail on the front passenger side floorboard at DEMETIER's feet and in a large tub on the passenger side back seat. Also found in the vehicle was a postal arrow key located on the floorboard behind the driver's seat. The Serial Number of the arrow key was obliterated and cannot be determined by the naked eye. Approximately 200 pieces of stolen U.S. Mail was recovered.

8. Law enforcement contacted two victims whose mail was recovered. Both victims confirmed that DEMEZIER and BOTEX were not authorized to have possession of their mail. One of the victims stated that he/she placed a piece of recovered mail in the outgoing box on December 20, 2023.

9. Based upon this investigation and the above stated information, I submit that probable

cause exists to believe that Frantz Anthony DEMEZIER and Kingsley Steve BOTEX are in violation of 18 U.S.C. 1704 (Possession of Stolen Arrow Key) and 18 U.S.C. 1708 (Mail Theft).

Eduardo González
U.S. Postal Inspector
United States Postal Inspection Service

Sworn and Attested to me in person by Applicant
~~per the requirements of Fed. R. Crim. P. 4(d) and~~ *WM*
~~4.1~~ on the 21ST day of December, 2023.

HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Frantz Anthony Demezier

**Case No**: _____

Count 1:

Unlawful Possession of Postal Key

Title 18, United States Code, Section 1704

* **Max. Term of Imprisonment: 10 years**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

Count 2:

Theft or Receipt of Stolen Mail

Title 18, United States Code, Section 1708

* **Max. Term of Imprisonment: 5 years**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Kinsley Steve Botex

**Case No**: _____

Count 1:

     Unlawful Possession of Postal Key

     Title 18, United States Code, Section 1704

* **Max. Term of Imprisonment: 10 years**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

Count 2:

     Theft or Receipt of Stolen Mail

     Title 18, United States Code, Section 1708

* **Max. Term of Imprisonment: 5 years**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.